UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JEFF EUGENE MITCHELL<br><br>   Plaintiff,<br><br>   vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>   Defendant. | Case No.  3:11-CV-05188-KLS<br><br><br>ORDER OF REMAND |

Based on the stipulation of the parties [ECF 22], it is hereby ORDERED that the above-captioned case be reversed and remanded for a *de novo* hearing and further administrative proceedings, including but not limited to the following: the administrative law judge will re-assess all of the medical evidence of record, including but not limited to the evidence and opinions of treating physician Dr. Bartlett; develop the record by obtaining the physical capacities evaluation (PCE) report, dated 12/1/2008, by Mr. Hughes at PT Northwest; assess all of the lay statements of record; re-assess the claimant's credibility and residual functional capacity; and if necessary, obtain additional vocational expert testimony.

This remand is pursuant to sentence four of 42 U.S.C. § 405(g).  Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d) and 42 U.S.C. § 406(b).

DATED this 28th day of November, 2011.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

Presented by:

s/ Thomas M. Elsberry
THOMAS M. ELSBERRY
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Ave., Ste 2900, M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2112
Fax:  (206) 615-2531
thomas.elsberry@ssa.gov