UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JEFF EUGENE MITCHELL,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No.  3:11-CV-05188-KLS<br><br><br>JUDGMENT |

IT IS ORDERED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on November 28, 2011.

DATED this 28th day of November, 2011.

Karen L. Strombom
United States Magistrate Judge

Page 1     JUDGMENT - [3:11-CV-05188-KLS]