UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| JEFF EUGENE MITCHELL,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>  Defendant. | Civil No. 3:11-CV-05188-KLS<br><br><br><br>JUDGMENT |

IT IS ORDERED that this case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings pursuant to this Court's ORDER of remand, issued on November 28, 2011.

DATED this 28th day of November, 2011.

           *Karen L. Strombom*
           Karen L. Strombom
           United States Magistrate Judge